# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| CYNTHIA HARGREAVES,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL ROSE and JANE DOES ROSE, individually and the marital community comprised thereof; SAFEWAY INC, a foreign corporation; JOHN/JANE DOES I-V, CORPORATIONS I-X,<br><br>Defendants. | No.<br><br>DEFENDANTS PAUL ROSE AND SAFEWAY INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C.§§ 1332, 1441 AND 1446<br><br>[REMOVED FROM CLALLAM COUNTY SUPERIOR COURT CAUSE NO. 21-2-00506-05] |

TO: Clerk, U.S. District Court, Western District of Washington, at Tacoma;

AND TO: Plaintiff and Plaintiff's Counsel of Record.

Defendants hereby remove to this Court the state court action described below on the grounds stated herein, and as supported by the Declaration of Kimberly A. Reppart and the exhibits attached thereto.

### I. INTRODUCTION & STATEMENT OF FACTS

On September 24, 2021, Plaintiff served Defendant Safeway Inc. with a lawsuit captioned in Clallam County Superior Court entitled *Cynthia Hargreaves v. Paul Rose, et al.* <u>Declaration of</u>

DEFENDANTS PAUL ROSE AND SAFEWAY INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C.§§ 1332, 1441 AND 1446 – PAGE 1

3136673 / 824.0102

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

Kimberly A. Reppart, Exs. 1 and 2.

This Notice of Removal is timely under 28 U.S.C. § 1446(b)(3) because it is being filed "…within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may be first ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3). On December 30, 2021, Plaintiff served Defendants with her Answer to Defendants' Interrogatory Regarding Damages, which served as Safeway's first notice that plaintiff is claiming more than $75,000 in damages. Reppart Decl., Ex. 4.

Safeway Inc. is a Delaware corporation with headquarters located in Pleasanton, California. Reppart Decl., Ex. 3.

## II. BASES FOR REMOVAL

### A.  There is Complete Diversity of Citizenship under 28 USC § 1332.

This Court has subject matter jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a)(1), and this action is one that can be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

The Plaintiff is a resident of Washington State. Reppart Decl., Ex. 2. Defendant Safeway Inc. is a Delaware corporation with headquarters located in Pleasanton, California. Reppart Decl., Ex. 3. Removal of the Plaintiff's action to this Court is proper because there is complete diversity of citizenship of the parties pursuant to 28 U.S.C. § 1332, and there was complete diversity at the time Plaintiff's lawsuit was served.

DEFENDANTS PAUL ROSE AND SAFEWAY INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C.§§ 1332, 1441 AND 1446 – PAGE 2

3136673 / 824.0102

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

**B.     The Amount in Controversy Exceeds the Jurisdictional Minimum.**

Plaintiff indicated in her responses to Defendants' Request for Admission and Interrogatory that she is claiming more than $75,000.  *Reppart Decl.,* Ex. 4.  This information is sufficient to conclude that Plaintiff seeks to recover in excess of $75,000 in damages against Defendants.

**C.     This Notice of Removal is Timely Under 28 USC § 1446(b).**

This Notice of Removal is timely under 28 U.S.C. § 1446(b)(3) because it is being filed "…within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may be first ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3).  On December 30, 2021, Plaintiff served Defendants with her Answer to Defendants' Interrogatory Regarding Damages, which served as Safeway's first notice that plaintiff is claiming more than $75,000 in damages. Reppart Decl., Ex. 4.

**D.     This Notice of Removal Complies with the Applicable Local Rules, and Venue Is Proper in the Western District of Washington under 28 U.S.C. § 128(b).**

This Notice of Removal complies with all applicable Federal Rules of Civil Procedure and Local Rules.  Defendants have attached to the Declaration of Kimberly Reppart, filed in support of this Notice, copies of all process, pleadings, and orders served upon it in the state court action, as required by 28 U.S.C. § 1446.  Venue is proper in this District pursuant to 28 U.S.C. §§ 128(b) and 1391, because this District encompasses Clallam County, the county listed in the state court complaint served on Defendants.

Defendants are serving Plaintiff with copies of this Notice of Removal and the supporting Declaration of Kimberly Reppart (with exhibits).

DEFENDANTS PAUL ROSE AND SAFEWAY INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C.§§ 1332, 1441 AND 1446 – PAGE 3

3136673 / 824.0102

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

### III. CONCLUSION

Plaintiff's civil action, originally venued in Clallam County Superior Court for the State of Washington, may be removed pursuant to 28 U.S.C. 1441 and 1446 to the United States District Court for the Western District of Washington at Tacoma.

DATED this 21st day of January, 2022.

FORSBERG & UMLAUF, P.S.

Kimberly A. Reppart, WSBA #30643
901 Fifth Avenue, Suite 1400
Seattle, WA  98164
Tel: 206-689-8500
Facsimile: 206-689-8501
Email: kreppart@foum.law
Attorney for Defendants

FORSBERG & UMLAUF, P.S.

Alexandra E. Ormsby, WSBA #52677
901 Fifth Avenue, Suite 1400
Seattle, WA  98164
Tel: 206-689-8500
Facsimile: 206-689-8501
Email: aormsby@foum.law
Attorney for Defendants

DEFENDANTS PAUL ROSE AND SAFEWAY INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C.§§ 1332, 1441 AND 1446 – PAGE 4

3136673 / 824.0102

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX