IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR THE COUNTY OF CLALLAM

| | |
|---|---|
| CYNTHIA HARGREAVES, individually, <br><br> Plaintiff, <br><br> v. <br><br> PAUL ROSE and JANE DOE ROSE, individually and the marital community comprised thereof; SAFEWAY INC., a foreign profit corporation; JOHN/JANE DOES I-V, CORPORATIONS I-X, <br><br> Defendants. | No. <br><br><br> COMPLAINT FOR PERSONAL INJURIES IN TORT |

COMES NOW the Plaintiff, above named, by and through attorney Doug Weinmaster of PHILLIPS LAW FIRM, and complains and alleges against the above-named Defendants as follows:

## I. PARTIES

1.1   Plaintiff Cynthia Hargreaves is currently a resident of Port Angeles, Clallam County, Washington. Plaintiff Cynthia Hargreaves resided in Port Angeles, Clallam County, Washington at all times relevant and material to this Complaint.

COMPLAINT FOR PERSONAL INJURIES IN TORT - 1

PHILLIPS LAW FIRM
17410 133rd Avenue NE, Suite 301
Woodinville, WA 98072
Telephone: (425) 482-1111
Facsimile: (425) 482-6653

1.2    Defendants Paul Rose and Jane Doe Rose, on information and belief are residents of Sumner, Pierce County, Washington and are believed to have resided in Sumner, Pierce County, Washington at all times relevant and material to this Complaint.

1.3    Defendants Paul Rose and Jane Doe Rose are husband and wife and comprise a marital community believed to be residing in Pierce County, Washington. All acts of these Defendants complained of herein were done both individually and for the benefit of the marital community.

1.4    Defendant Paul Rose, on information and belief and at all material times, was an employee and/or agent of Defendant Safeway Inc. and acting within the course and scope of his employment, and for the benefit of his employer/principal.

1.5    Defendant Safeway Inc. is a corporation organized and operating under the laws of the State of Washington. Defendant Safeway Inc. is believed to be a retail company doing business in Clallam County, Washington, with a principle place of business at 11555 Dublin Canyon Road, Plleasanton, CA 94588. Defendant Safeway Inc. will hereinafter be referred to as "Defendant Safeway."

1.6    The registered agent for Defendant Safeway is listed with the Secretary of State as C T CORPORATION SYSTEM, 711 CAPITOL WAY S STE 204, OLYMPIA, WA, 98501.

1.7    Defendants John/Jane Does I-V, on information and belief and at all material times, are additional drivers/individuals involved or whom Defendants may assert were involved or contributed in causing the motor vehicle collision giving rise to this lawsuit, including but not limited to any individuals to whom Defendants may attribute any comparative fault for the collision at issue or plaintiff's resulting injuries. This also includes any individuals/entities with an ownership interest in vehicles involved to any extent in the accident

COMPLAINT FOR PERSONAL INJURIES IN TORT - 2

PHILLIPS LAW FIRM
17410 133rd Avenue NE, Suite 301
Woodinville, WA 98072
Telephone: (425) 482-1111
Facsimile: (425) 482-6653

12-2-2021            B8600K7467000201            5220211202033027

at issue, and/or any individuals currently unknown who may be discovered to have vicarious liability for any drivers or individuals potentially at fault for this collision. When the identity of any such individuals becomes known, Plaintiff will amend these pleadings to reflect their true identity.

1.8     Defendants Corporations I-X, Plaintiff alleges there may be persons or entities whose identity is currently not known and who bear responsibility for the damages suffered by Plaintiff. Plaintiff further alleges upon information and belief that there are unidentified persons or entities who are residents of the State of Washington whose actions caused the damages to the Plaintiff. These persons are referred to herein as John Does. When the identity of such persons become known, these pleadings will be amended to reflect their true identity.

## II. JURISDICTION, VENUE, AND PROCEDURAL REQUIREMENTS

2.1     The motor vehicle collision that is the subject of this litigation occurred in Port Angeles, Clallam County, Washington. Venue is proper pursuant to RCW 4.12.020(3).

2.2     This action was commenced within the time permitted by the applicable statute of limitations.

2.3     Any and all claim notices have been properly filed and served, and any applicable waiting period has expired since the date of filing and service of the complaint.

2.4     Defendant acknowledge that they have been properly served with the Summons and Complaint in this matter.

2.5     There is no person or entity unnamed in this lawsuit who caused or contributed to the damages alleged herein.

COMPLAINT FOR PERSONAL INJURIES IN TORT - 3

PHILLIPS LAW FIRM
17410 133rd Avenue NE, Suite 301
Woodinville, WA 98072
Telephone: (425) 482-1111
Facsimile: (425) 482-6653

## III. FACTS

3.1     Date: Cynthia Hargreaves's injuries and damages arise out of an automobile collision that occurred on or about November 17, 2018.

3.2     Location: The collision occurred on Highway 101 in Port Angeles, Clallam County, Washington.

3.3     Details: On or about November 17, 2018, Plaintiff Cynthia Hargreaves was traveling northbound on Highway 101 and made a right turn toward Gardiner Road. Defendant Paul Rose failed to stop and rear ended plaintiff.

3.4     At the time of the collision, Defendant Paul Rose was driving his vehicle while in the course and scope of his employment/agency for his employer/principal Defendant Safeway.

## IV. NEGLEGENCE

4.1     Duty: Defendants, through common law, statute, regulation and/or ordinance owed Plaintiff a duty to drive attentively, keep a careful lookout, and to otherwise exercise ordinary and reasonable care while operating a vehicle within the State of Washington. This duty included a duty to obey all relevant rules of the road pursuant to RCW 46.61 et seq.

4.2     Breach: Defendants breached their duties as set forth herein.

4.3     Proximate Cause: As a direct and proximate cause of Defendant's breach of duties as set forth herein, Plaintiff Cynthia Hargreaves has suffered personal injuries and damages.

4.4     Defendant Paul Rose, at all material times hereto, was an employee and/or agent of Defendant Safeway, and all acts or omissions by Defendant Paul Rose were done within the course and scope of his employment/agency with Defendant Safeway. Therefore, Defendant

COMPLAINT FOR PERSONAL INJURIES IN TORT - 4

PHILLIPS LAW FIRM
17410 133rd Avenue NE, Suite 301
Woodinville, WA 98072
Telephone: (425) 482-1111
Facsimile: (425) 482-6653

12-2-2021     B8600K7467000201     5220211202033027

Safeway is liable for Defendant Paul Rose's negligent acts or omissions as his employer/principal and under *respondeat superior*.

## V. DAMAGES

5.1     As a direct and proximate result of the negligence alleged herein, Plaintiff has suffered severe physical injuries and Plaintiff is entitled to fair and reasonable compensation.

5.2     As a direct result of the negligence alleged herein, Plaintiff has incurred and will continue to incur medical expenses and other out-of-pocket expenses and Plaintiff is entitled to fair and reasonable compensation.

5.3     As a direct and proximate result of the negligence alleged herein, Plaintiff has incurred property damage, and has, and may continue to, incur loss of use and diminished value of said property and Plaintiff is entitled to fair and reasonable compensation.

5.4     As a direct and proximate result of the negligence alleged herein, Plaintiff has suffered and will continue to suffer physical pain and suffering and Plaintiff is entitled to fair and reasonable compensation.

5.5     As a direct and proximate result of the negligence alleged herein, Plaintiff has suffered mental and emotional distress, loss of enjoyment of life, past and future disability, permanency of injury and Plaintiff is entitled to fair and reasonable compensation.

5.6     As a direct and proximate result of the negligence alleged herein, Plaintiff has sustained past wage loss and loss of future earning capacity.

5.7     Plaintiff is entitled to attorney fees.

5.8     Plaintiff is entitled to prejudgment interest of all medical and other out-of-pocket expenses directly and proximately caused by the negligence alleged in this complaint.

5.9     Plaintiff is entitled to costs and disbursements herein.

COMPLAINT FOR PERSONAL INJURIES IN TORT - 5

PHILLIPS LAW FIRM
17410 133rd Avenue NE, Suite 301
Woodinville, WA 98072
Telephone: (425) 482-1111
Facsimile: (425) 482-6653

12-2-2021                                B8600K7467000201                                5220211202033027

## VI. WAIVER OF PHYSICIAN/PATIENT PRIVILEGE

6.1    Plaintiff asserts the physician/patient privilege for 88 days following the filing of this complaint. On the 89th day following the filing of this complaint, the Plaintiff hereby waives the physician/patient privilege.

6.2    The waiver is conditioned and limited as follows: (1) Plaintiff does not waive the Plaintiff's constitutional right of privacy; (2) Plaintiff does not authorize contact with the Plaintiff's health care providers of any kind except by judicial proceeding authorized by the Rules of Civil Procedure; (3) Representatives of the Defendants are specifically instructed not to attempt ex parte contacts with health care providers of Plaintiff; and (4) Representatives of the Defendants are specifically instructed not to write letters to Plaintiff's health care providers telling them that the may mail copies of records to the Defendants.

## VII. CIVIL ARBITRATION

7.1    Plaintiff intends to file a Statement of Arbitrability to place this matter into civil arbitration. Discovery should be accordingly limited pursuant to SCCAR 4.2 and any applicable local rules.

Wherefore Plaintiff prays:

## VIII. RELIEF SOUGHT

8.1    Special Damages for Plaintiff in such amounts as are proven at trial.

8.2    General Damages for Plaintiff in such amounts as are proven at trial.

8.3    Costs including attorney's fees for Plaintiff as are proven at trial.

8.4    Prejudgment Interest on all liquidated damages.

COMPLAINT FOR PERSONAL INJURIES IN TORT - 6

PHILLIPS LAW FIRM
17410 133rd Avenue NE, Suite 301
Woodinville, WA 98072
Telephone: (425) 482-1111
Facsimile: (425) 482-6653

12-2-2021    B8600K7467000201    5220211202033027

8.5    For such other and further relief as the court deems just, equitable and proper for Plaintiff at the time of trial.

DATED THIS 15 day of September 2021.

                PHILLIPS LAW FIRM

                *Olga Rotstein*
                _____
                Doug Weinmaster, WSBA # 28225
                Olga Rotstein, WSBA # 41388
                Attorney for Plaintiff

COMPLAINT FOR PERSONAL INJURIES IN TORT - 7

PHILLIPS LAW FIRM
17410 133rd Avenue NE, Suite 301
Woodinville, WA 98072
Telephone: (425) 482-1111
Facsimile: (425) 482-6653

12-2-2021    B8600K7467000201    5220211202033027