UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CYNTHIA HARGREAVES,<br><br>                    Plaintiff,<br><br>     vs.<br><br>PAUL ROSE and JANE DOES ROSE, individually and the marital community comprised thereof; SAFEWAY INC, a foreign corporation; JOHN/JANE DOES I-V, CORPORATIONS I-X,<br><br>                    Defendants. | No.<br><br>SAFEWAY INC.'S CORPORATE DISCLOSURE STATEMENT |

## **RULE 7.1 DISCLOSURE STATEMENT**

Defendant Safeway Inc. is a wholly-owned subsidiary of Albertson's Holdings LLC, which is a wholly-owned subsidiary of AB Acquisition LLC. No publicly held corporation owns 10% or more of Safeway's stock.

//

//

//

//

SAFEWAY INC.'S CORPORATE DISCLOSURE STATEMENT – PAGE 1

3136676 / 824.0102

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

DATED this 21st day of January, 2022.

        FORSBERG & UMLAUF, P.S.

        _____
        Kimberly A. Reppart, WSBA #30643
        901 Fifth Avenue, Suite 1400
        Seattle, WA  98164
        Tel: 206-689-8500
        Facsimile: 206-689-8501
        Email: kreppart@foum.law
        Attorney for Defendants

        FORSBERG & UMLAUF, P.S.

        _____
        Alexandra E. Ormsby, WSBA #52677
        901 Fifth Avenue, Suite 1400
        Seattle, WA  98164
        Tel: 206-689-8500
        Facsimile: 206-689-8501
        Email: aormsby@foum.law
        Attorney for Defendants

SAFEWAY INC.'S CORPORATE DISCLOSURE STATEMENT – PAGE 2

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

3136676 / 824.0102